# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

JASMINE PAUL SANCHEZ,

                                        Plaintiff,

        v.

CHET RIGNEY, *et al.*,

                                        Defendants.

Case No. 3:22-CV-00109-ART-CLB

**ORDER GRANTING MOTION TO EXCLUDE CASE FROM INMATE EARLY MEDIATION**

        Plaintiff, Jasmine Paul Sanchez - Inmate #1148512, is a frequent litigator in this Court. Plaintiff currently has several open cases pending before this Court. Since 2018, Plaintiff has filed 28 civil rights actions. Plaintiff has attended multiple inmate mediations in civil rights cases which have proved both unproductive and unsuccessful. (*See* 3:18-cv-475-MMD-WGC; 3:21-cv-331-MMD-CLB; 3:21-cv-362-ART-CSD; 3:21-cv-408-MMD-CLB).

        The Court has reviewed this case, and without opining on the merits, the Court finds that an early mediation in this case will not be productive. The Court orders that this case will be excluded from the inmate mediation program to preserve the Court's limited resources and that the mediation currently set for October 25, 2022 be vacated. An order granting *in forma pauperis* shall issue and this case shall proceed on the normal litigation track.  The parties are free to privately discuss settlement if they so choose.

        **IT IS SO ORDERED.**

        **DATED**: September 21, 2022

                                        _____
                                        **UNITED STATES MAGISTRATE JUDGE**